# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIO LANDEROS BELTRAN (1),<br><br>Defendant. | Case No. 23-CR-0890-BAS<br><br>**ORDER GRANTING IN PART/DENYING IN PART MOTION TO CONTINUE SELF-SURRENDER** |

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue the Self Surrender [ECF 53] is granted in part and denied in part. Julio Landeros Beltran current self-surrender date of October 25, 2024 is vacated. Bond Exoneration Hearing set for October 28 at 10:00 AM before the Honorable Marilyn L. Huff shall remain on calendar to address self-surrender.

**IT IS SO ORDERED.**

Dated: October 25, 2023

_____
Honorable Cynthia Bashant
United States District Judge

cc: US Marshal